IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JONATHAN A WHEELER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> METROPOLITAN LIFE INSURANCE ) <br> COMPANY and AIR LIQUIDE LONG ) <br> TERM DISABILITY PLAN, ) <br> ) <br> Defendants. ) | No. 2:22-cv-02333-TLP-cgc |

**JUDGMENT AS TO AIR LIQUIDE LONG TERM DISABILITY PLAN ONLY**

**JUDGMENT BY THE COURT**. This action came before the Court on Plaintiff's Complaint, filed on May 27, 2022. (ECF No. 1.) In accordance with the Order Dismissing Defendant Air Liquide USA, LLC Long Term Disability Plan Only (ECF No. 17), entered by the Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE** as to Defendant Air Liquide USA, LLC only.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

September 28, 2022
Date